IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DESTANEE SHAUNDREAL SMITH** | § | |
| | § | |
| v. | § | **Civil Action No. 4:21-cv-1298** |
| | § | |
| **WALMART, INC.** | § | |

## INDEX OF DOCUMENTS FILED IN STATE COURT

1. Plaintiff's Original Petition, filed on October 26, 2021;

2. Return of Service for Walmart, Inc. dated October 28, 2021;

3. Defendant's Original Answer, filed November 22, 2021.

Respectfully submitted,

_____
**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
(214) 672-2186
(214) 672-2386 (Fax)

**STEVEN J. MOSES**
Texas Bar No. 24056014
smoses@cowlesthompson.com
(214) 672-2130
(214) 672-2330 (Fax)

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of November 2021, a true and correct copy of the foregoing document was forwarded via the Court's CM/ECF e-filing/service system to the counsel of record for Plaintiff.

_____
**STEVEN J. MOSES**

236-329896-21

FILED
TARRANT COUNTY
10/26/2021 11:16 AM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. _____

| | | |
|---|---|---|
| **DESTANEE SHAUNDREAL SMITH** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | _____ **JUDICIAL DISTRICT** |
| | § | |
| **WALMART INC.** | § | |
| | § | |
| *Defendant.* | § | **TARRANT COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

Destanee Shaundreal Smith files her Original Petition complaining of Defendant Walmart Inc. and respectfully shows the Court the following in support:

### I.
### DISCOVERY CONTROL PLAN

1. Pursuant to Rule 190 of the *Texas Rules of Civil Procedure*, Plaintiff affirmatively pleads that she seeks monetary relief over $1,000,000. Plaintiff also requests that this case be placed into Level 3 Discovery Plan.

### II.
### PARTIES

2. Destanee Shaundreal Smith is a resident of Dallas County, Texas.

3. Defendant Walmart Inc. ("Walmart") is a foreign corporation organized under the laws of Delaware and headquartered in Arkansas. It can be served through its registered agent: C T Corporation System, 1999 Bryan Street, Ste. 900, Dallas, Texas 75201.



## III.
## JURISDICTION AND VENUE

4. This Court maintains jurisdiction over Defendant Walmart because it does business in Texas and committed a tort within the state of Texas.

5. Venue is proper in Tarrant County because all or a substantial part of the events giving rise to Plaintiff's claims occurred in Tarrant County, Texas. TEX. CIV. PRAC. & REM. CODE § 15.002(a)(2).

## IV.
## BACKGROUND FACTS

6. On December 23, 2019, Destanee went to the Walmart Supercenter #807 located at 6401 Ne Loop 820, North Richland Hills, Texas 76180 to shop for some items. As she was getting a shopping cart, a Walmart employee carelessly crashed 20-30 shopping carts that were being pushed by a motorized cart into Destanee causing serious personal injury. Walmart is liable for the negligent actions of its employees through the doctrine of *respondeat superior*.

7. Plaintiff suffered serious injuries and damages for which she now brings this lawsuit. Defendant proximately caused Plaintiff's injuries, and Plaintiff did not cause or contribute to her injuries in any way.

## V.
## CAUSES OF ACTION

*Negligence*

8. The collision referenced above, and the resulting injuries and damages were proximately caused by the negligent conduct of Defendant Walmart through its employee. Walmart has a duty to safely conduct its business; including gathering carts, bringing the carts to the corral, and operating the motorized cart. Walmart breached this duty when its employee crashed 20-30



shopping carts into Plaintiff while the Walmart employee was using a motorized cart. This breach proximately caused Plaintiff's injuries

### *Respondeat Superior*

9. Defendant Walmart is liable for its employee's negligence under the doctrine of *Respondeat Superior*. Defendant's employee was acting in his course and scope of employment and for the furtherance of Walmart's business objectives at the time he crashed the shopping carts into Plaintiff.

### *Negligent Hiring, Training and Supervision*

10. Defendant Walmart failed to use the ordinary care of a reasonable entity when hiring, training, retaining, and supervising its employees to operate a motorized cart in the area of customers. It is clear from the careless operation of the motorized cart that the employee was using to push 20-30 shopping carts that the employee was not properly trained to operate the machinery around customers. Even more egregious is the employee's callous disregard for Plaintiff after he caused her injuries.

## VI.
## DAMAGES

11. As a result of the injuries sustained by Plaintiff caused by the collision in which this lawsuit arises from, Plaintiff sues for the following:

   a. Physical pain and suffering the past;

   b. Physical pain and suffering that Plaintiff will experience in the future;

   c. Mental anguish suffered in the past;

   d. Mental anguish Plaintiff will experience in the future;

   e. Medical expenses incurred in the past;



    f. Medical expenses the Plaintiff will incur in the future;

    g. Physical impairment suffered in the past;

    h. Physical impairment the Plaintiff will suffer in the future;

    i. Loss of earning capacity past and future; and

    j. Disfigurement.

12. Defendant's actions caused Plaintiff to suffer and sustain damages within the jurisdictional requirements of this Court and in such an amount as evidence may show proper at the time of trial.

## VII.
## PREJUDGMENT AND POST JUDGEMENT INTEREST

13. Plaintiff seeks pre-judgement and post judgement interest as allowed by law.

## VIII.
## COURT COSTS

14. Plaintiff sues to recover court costs as allowed by law.

## IX.
## DEMAND FOR JURY TRIAL

15. Plaintiff demands jury trial and has tendered the appropriate fee.

## X.
## INITIAL DISCLOSURES

16. Defendant is required to provide initial disclosures in accordance with *Texas Rule of Civil Procedure* 194.2.

## XI.
## RULE 193.7 NOTICE

17. Plaintiff intends to use Defendant's discovery responses as evidence at trial in accordance with such right and privileges established by *Texas Rule of Civil Procedure* 193.7.



A CERTIFIED COPY
ATTEST: 11/24/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Kristoffer L. Shafer

## XII.
## PRAYER

18. For these reasons, Plaintiff prays that Defendant be cited to appear and answer herein, and that upon final hearing hereof, Plaintiff has judgment against Defendant for actual damages, prejudgment and post judgment interest, and costs. Plaintiff further prays for such other and further relief, at law or in equity, general or specific, that Plaintiff may be justly entitled.

Respectfully submitted,

By: */s/ Myles A. Lenz*
Ramez F. Shamieh
Louisiana State Bar No. 35558
Texas State Bar No. 24066683
New York State Bar No. 5280219
Myles A. Lenz
Texas State Bar No. 24092685
myles@shamiehlaw.com

**SHAMIEH LAW, PLLC**
1111 West Mockingbird Lane, Suite 1160
Dallas, Texas 75247
214.389.7333 telephone
214.389.7335 facsimile
**ATTORNEYS FOR PLAINTIFF**



A CERTIFIED COPY
ATTEST: 11/24/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Kristoffer L. Shafer

236-329896-21

FILED
TARRANT COUNTY
11/2/2021 1:47 PM
THOMAS A. WILDER
DISTRICT CLERK

# THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

### CITATION

*Cause No. 236-329896-21*

DESTANEE SHAUNDREAL SMITH
VS.
WALMART INC.

TO: WALMART INC

B/S REG AGENT-CT CORPORATION SYSTEM 1999 BRYAN ST STE 900 DALLAS, TX 75201-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 236th District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

DESTANEE SHAUNDREAL SMITH

Filed in said Court on October 26th, 2021 Against
WALMART INC



For suit, said suit being numbered 236-329896-21 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION a copy of which accompanies this citation.

MYLES A LENZ
Attorney for DESTANEE SHAUNDREAL SMITH Phone No. (214)389-7333
Address 1111 W MOCKINGBIRD LN STE 1160 DALLAS, TX 75247

___Thomas A. Wilder___ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 27th day of October, 2021.

By _Natalie Thigpen_
NATALIE THIGPEN

A CERTIFIED COPY
ATTEST: 10/27/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN   *23632989621000005*

Received this Citation on the _____ day of _____, ____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, ____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION , having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas.
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
County of _____, State of _____

A CERTIFIED COPY
ATTEST: 11/24/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Kristoffer L. Shafer

# CITATION

Cause No. 236-329896-21

DESTANEE SHAUNDREAL SMITH

VS.

WALMART INC.

ISSUED

This 27th day of October, 2021

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By  NATALIE THIGPEN Deputy

MYLES A LENZ
Attorney for: DESTANEE SHAUNDREAL SMITH
Phone No. (214)389-7333
ADDRESS: 1111 W MOCKINGBIRD LN STE 1160
DALLAS, TX 75247

*CIVIL LAW*

*6329896210000005*

SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

**AFFIDAVIT ATTACHED**



A CERTIFIED COPY
ATTEST: 10/27/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen



A CERTIFIED COPY
ATTEST: 11/24/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Kristoffer L. Shafer

## AFFIDAVIT OF SERVICE

**State of Texas**  **County of Tarrant**  **236th Judicial District Court**

Case Number: 236-329896-21

Plaintiff:
**Destanee Shaundreal Smith**

vs.

Defendant:
**Walmart Inc**

For:
Myles Lenz
1111 W. Mockingbird Ln
Suite 1160
Dallas, TX 75247

Received by On Time Process Service on the 27th day of October, 2021 at 1:48 pm to be served on **Registered Agent for Walmart Inc CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201**.

I, Anthony Collins, being duly sworn, depose and say that on the **28th day of October, 2021** at **2:45 pm**, I:

Executed service by hand delivering a true copy of the **Citation, Copy of Plaintiff's Original Petition** to: **George Martinez**, an authorized acceptance agent employed by **Registered Agent CT Corporation System, Inc.**, who is authorized to accept service of process for **Walmart Inc**, at the address of: **1999 Bryan Street, Suite 900, Dallas, TX 75201**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 29th day of October, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

JON PEKAR
My Notary ID # 124424900
Expires January 11, 2023

Anthony Collins
PSC-357 Expires 12/31/2021

On Time Process Service
1700 Pacific Ave
Suite 1040
Dallas, TX 75201
(214) 740-9999

Our Job Serial Number: ONT-2021005914
Ref: Destanee Shaundreal Smith

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c

A CERTIFIED COPY
ATTEST: 11/24/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Kristoffer L. Shafer

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 58767339
Status as of 11/2/2021 3:35 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jose Olivares | | jose@shamiehlaw.com | 11/2/2021 1:47:41 PM | SENT |
| Myles Lenz | | myles@shamiehlaw.com | 11/2/2021 1:47:41 PM | SENT |



A CERTIFIED COPY
ATTEST: 11/24/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Kristoffer L. Shafer

236-329896-21

FILED
TARRANT COUNTY
11/22/2021 9:39 AM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 236-329896-21

| | | |
|---|---|---|
| **DESTANEE SHAUNDREAL SMITH** | § | **IN THE DISTRICT COURT** |
| | § | |
| **v.** | § | **236th JUDICIAL DISTRICT** |
| | § | |
| **WALMART INC.** | § | **TARRANT COUNTY, TEXAS** |

## DEFENDANT'S ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Walmart Inc., Defendant in the above-entitled and numbered cause, and file this their Original Answer to Plaintiff's Original Petition, and would respectfully show the Court as follows:

### I.

Defendant generally deny the allegations contained in Plaintiff's Original Petition, demands strict proof thereof, and says this is a matter for jury decision.

**WHEREFORE, PREMISES CONSIDERED,** Defendant pray that upon final hearing hereof, Plaintiff take nothing by this suit, that Defendant recover their costs, and that Defendant have such other and further relief, both at law and in equity, to which it may be justly entitled.



DEFENDANT'S ORIGINAL ANSWER – Page 1
1609842.1

Respectfully submitted,

By: _____
**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
(214) 672-2186
(214) 672-2386 (Fax)

**STEVEN J. MOSES**
Texas Bar No. 24056014
smoses@cowlesthompson.com
(214) 672-2130
(214) 672-2330

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR DEFENDANT WALMART INC.**

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of November 2021, the foregoing was electronically filed with the Clerk of the Court using the e-filing system which will send notification of such filing to all counsel of record.

_____
**DAVID A. JOHNSON**

DEFENDANT'S ORIGINAL ANSWER – Page 2
1609842.1



A CERTIFIED COPY
ATTEST: 11/24/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Kristoffer L. Shafer

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Katherine Henderson on behalf of David Johnson
Bar No. 24032598
khenderson@cowlesthompson.com
Envelope ID: 59371221
Status as of 11/22/2021 9:47 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jose Olivares | | jose@shamiehlaw.com | 11/22/2021 9:39:07 AM | SENT |
| Myles Lenz | | myles@shamiehlaw.com | 11/22/2021 9:39:07 AM | SENT |
| David AJohnson | | djohnson@cowlesthompson.com | 11/22/2021 9:39:07 AM | SENT |
| Steven JMoses | | smoses@cowlesthompson.com | 11/22/2021 9:39:07 AM | SENT |
| Katherine Henderson | | khenderson@cowlesthompson.com | 11/22/2021 9:39:07 AM | SENT |



A CERTIFIED COPY
ATTEST: 11/24/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Kristoffer L. Shafer